OPINION — AG — (1) AN ACTION FOR THE TERMINATION OF PARENTAL RIGHTS IS APPEALABLE BY TRIAL DE NOVO TO THE DISTRICT COURT. (2) THE CHILDREN'S COURT DOES NOT HAVE EXCLUSIVE JURISDICTION OVER AN ACTION TO TERMINATE PARENTAL RIGHTS, BUT, RATHER, IT HAS CONCURRENT JURISDICTION WITH THE COUNTY COURT. CITE: 10 O.S. 1961 102 [10-102], 10 O.S. 1961 101 [10-101] 20 O.S. 1961 772 [20-772](A), 20 O.S. 1961 846 [20-846], 20 O.S. 1961 861 [20-861], 20 O.S. 1961 773 [20-773], 10 O.S. 1961 108 [10-108], 20 O.S. 1961 901 [20-901], OPINION NO. 65-320, 10 O.S. 1961 60.19 [10-60.19], 10 O.S. 1961 60.1 [10-60.1], 10 O.S. 1965 Supp., 471 [10-471], 20 O.S. 1961 905 [20-905], 20 O.S. 1961 863 [20-863] (JOSEPH MUSKRAT)